**Entered on Docket
June 16, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (702) 413-9692
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for   Secured Creditor WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MARYANN NARCISO,<br><br>       Debtor(s). | Bankruptcy Case No. BK-S-09-13995-lbr<br>Chapter 7<br><br>WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY<br>Date:   June 3, 2009<br>Time:   10:30 a.m. |

/./././.

/./././.

/./././.

- 1 -

1     A hearing on Secured Creditor Wachovia Mortgage, FSB, fka World Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Linda B. Riegle.

    The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust encumbering the real property commonly known as 538 Sutters Mill Rd, Henderson, Nevada 89014-4073 ("Real Property"), which is legally described as:

> SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF .

    Upon the lift of stay on Debtor's real property a 5 day notice must be sent to the debtor prior to the sale.

APPROVED/DISAPPROVED

_____
TIMOTHY S. CORY
TRUSTEE

/././
/././
/././
/././
/././
/././
/././

- 2 -

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ Approved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

☐ Disapproved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

☒ Failed to respond. - Trustee

###

Submitted by:

/s/ EDDIE R. JIMENEZ
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(702) 413-9692
NV Bar #10376
Attorney for WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

- 3 -

## EXHIBIT "ONE"

PARCEL 1:

Lot 20 in Block 6 of Phase 4 of Village 2 of Amended Plat of The Bluffs, as shown by map thereof on file in Book 43 of Plats, page 83 and as amended by Certificate of Amendment recorded February 23, 1990 in Book 900223 as Instrument No 00934 in the Office of the County Recorder of Clark County, Nevada

PARCEL 2:

A non-exclusive easement for the benefit of and appurtenant to Parcel One (1) above described for ingress and egress over Private Drives and Roads as delineated on the Amended Plat of The Bluffs, on file in Book 43, Page 83, in the Office of the County Recorder of Clark County, Nevada.

PARCEL 3

A non-exclusive easement for ingress, egress, use and enjoyment in, to and over the Phase I Common Are as delineated on the plat of The Bluffs, on file in Book 41 of Plats, page 2 and as delineated on the Amended Plat of The Bluffs, on file in Book 43 of Plats, page 83, and as delineated on the plat of The Bluffs Village 3A, on file in Book 41 of Plats, page 58, and further described in the Master Declaration of Covenants, Conditions and Restrictions and Reservation of Easements for The Bluffs, recorded May 12, 1989 in Book 890512 as Document No 00096 and re-recorded June 14, 1989 in Book 890614 as Document No. 00559 of Official Records.

Assessor's Parcel No: 178-04-310-020

2